UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor:  Richard L. Anderson & Korie A. Anderson

Chapter 7 Case No.  09-60209

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Asset Resources<br>14220 Basalt St. NW<br>Ramsey, MN  55303 | 4 | $128.99 | $2.97 |

Date: March 8, 2010

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757

RECEIVED 10 MAR -9 AM 9:13 U.S. BANKRUPTCY COURT FERGUS FALLS, MN